**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,** ) | |
| ) | |
| **PLAINTIFF,** ) | |
| ) | |
| -vs- ) | Case No. 23-CR-10115 |
| ) | |
| **TAYLOR M. MULLEN,** ) | |
| ) | |
| **DEFENDANT.** ) | |
| ) | |

**MOTION TO WITHDRAW OR RESTRICT FROM PUBLIC VIEW THE MOTION FILED ON MARCH 28th, 2025**

**COMES NOW,** the Defendant, Taylor M. Mullen, by and through his attorney, Charles A. O'Hara, and moves the Court for an order to withdraw the Motion to Depart and or Variance filed on March 28th, 2025 or restrict from view, so Counsel can file the Motion under seal.

1. Counsel for Defendant filed a Motion to Depart and or Variance on March 28th, 2025 (docket number 119).

2. Counsel for Defendant requests the Court either order the Motion filed on 28th, 2025 either be restricted from public view or withdrawn so it can be filed under seal.

**WHEREFORE,** counsel for Defendant, Taylor Mullen, requests the Court to either withdraw or restrict from public view the Motion to Depart and or Variance that was filed on March 28th, 2025.

**IT IS SO MOVED.**

                                                       **/S/ Charles A. O'Hara**
                                                       **Charles A. O'Hara, Attorney for**
                                                       **Defendant, Taylor Mullen**

**CERTIFICATE OF SERVICE**

    I, Charles A. O'Hara, do hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of the filing to the United States Attorney's Office, on this 31st day of March, 2025.

                                            **/S/ Charles A. O'Hara**
                                            **Charles A. O'Hara**
                                            **Bar No. 08979**
                                            **O'HARA & O'HARA, LLC**
                                            **1223 E. First Street**
                                            **Wichita, Kansas 67214**
                                            **Phone No. (316) 263-5601**
                                            **Fax No. (316) 263-7205**
                                            **e-mail address: ohara@oharaohara.com**
                                            **Attorney for Defendant,**
                                            **Taylor M. Mullen**